## Glastonbury Bank and Trust Company v. Lewis Associates I et al.
### (10113)

Daly, Landau and Heiman, Js.

Argued September 25—decision released October 15, 1991

*Paul R. Kraus,* for the appellants (named defendant et al.).

*D. Jefferson Blackwell, Jr.,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.